UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:        2:18-17262-JKS

CHOONG H. JUNG, Debtor
                                                    Judge:           John K. Sherwood

**NOTICE OF PROPOSED ABANDONMENT**

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on September 25, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Real Property located at 410 Abbott Ave., Ridgefield, New Jersey, valued at $1,025,115.00 (Pursuant to tax records), less 10% costs of sale at about $102,511.00

Liens on property: $1,380,170.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:           Steven P. Kartzman, Esq./Chapter 7 Trustee, c/o Mellinger, Sanders & Kartzman, LLC
Address:        101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950
Telephone No.: 973-267-0220

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 18-17262-JKS
Choong H Jung                                                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 17, 2018
                      Form ID: pdf905           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.
```
db            +Choong H Jung,    410 Abbott Ave,     Ridgefield, NJ 07657-2502
517449799     +Bank of America,    PO Box 25118,     Tampa, FL 33622-5118
517449801     +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
517449800     +Pressler and Pressler, LP,    7 Entin Rd,    Parsippany, NJ 07054-5020
517449797     +Specialized Loan Servcing, LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2018 00:16:25     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2018 00:16:21      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517449798     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 00:21:20      Capital One,
                PO Box 30285,    Salt Lake City, UT 84130-0285
                                                                                             TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                      Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, N.A. et al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jai-Hong  Park    on behalf of Debtor Choong H Jung jparklawfirm@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank, N.A. et al... rsolarz@kmllawgroup.com
              Steven P. Kartzman     on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```